**Fill in this information to identify the case:**

Debtor 1 — Deborah S. Hines

Debtor 2
(Spouse, if filing) —

United States Bankruptcy Court for the: Northern    District of Ohio
(State)

Case number — 19-10153-aih

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 7 1 9

**Property address:** 219 East 206th Street
Number    Street

Euclid         OH      44123
City           State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 1,039.34

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total.** Add lines a and b.    (c) $ 1,039.34

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06 /01 /2022
MM / DD / YYYY

**Part 4:**    **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:**    **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Molly Slutsky Simons           Date   7 / 6 / 2022

Signature

Print    Molly Slutsky Simons           Title   Attorney for Creditor

First Name      Middle Name      Last Name

Company    Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address    394 Wards Corner Road, Suite 180

Number      Street

Loveland           OH    45140

City           State    ZIP Code

Contact phone   ( 513 ) 444 - 4100        Email   bankruptcy@sottileandbarile.com



| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 05/01/18 | 176.25 | 348.88 | 525.13 | Payment listed in POC |
| 07/01/18 | 176.25 | 343.11 | 519.36 | Payment listed in POC |
| 02/01/19 | 176.25 | 330.52 | 506.77 | Payment listed in POC |
| 07/01/20 | 176.25 | 323.85 | 500.10 | NOPC filed with the court |
| 05/01/22 | 176.25 | 343.42 | 519.67 | NOPC filed with the court |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |

| Loan# | HINES |
|---|---|
| Borrower: | |
| Date Filed: | 1/31/2019 |
| BK Case # | 19-10153 |
| | |
| First Post Petition Due Date: | 2/1/2019 |
| POC covers: | 05/01/18 - 01/01/19 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | | | | $0.00 | | | | $0.00 | $0.00 | | |
| 4/18/2019 | $506.77 | Post | 2/1/19 | 5/1/18 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 4/18/2019 | $506.77 | Post | 3/1/19 | 6/1/18 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 4/18/2019 | $506.77 | Post | 4/1/19 | 7/1/18 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 6/17/2019 | $506.77 | Post | 5/1/19 | 8/1/18 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 6/17/2019 | $506.77 | Post | 6/1/19 | 9/1/18 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 7/17/2019 | $506.77 | Post | 7/1/19 | 10/1/18 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/16/2019 | $506.77 | Post | 8/1/19 | 11/1/18 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/19/2019 | $506.77 | Post | 9/1/19 | 12/1/18 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 10/18/2019 | $506.77 | Post | 10/1/19 | 1/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 11/20/2019 | $506.77 | Post | 11/1/19 | 2/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 12/18/2019 | $506.77 | Post | 12/1/19 | 3/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 2/24/2020 | $506.77 | Post | 1/1/20 | 4/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 2/24/2020 | $506.77 | Post | 2/1/20 | 5/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/20/2020 | $506.77 | Post | 3/1/20 | 6/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 4/15/2020 | $506.77 | Post | 4/1/20 | 7/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 5/20/2020 | $506.77 | Post | 5/1/20 | 8/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/18/2020 | $506.77 | Post | 6/1/20 | 9/1/19 | $506.77 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/18/2020 | $500.10 | Post | | | | $500.10 | $500.10 | | $500.10 | | | | $0.00 | $0.00 | | |
| 8/18/2020 | $506.77 | Post | 7/1/20 | 10/1/19 | $500.10 | $6.67 | $6.67 | | $506.77 | | | | $0.00 | $0.00 | | |
| 9/15/2020 | $500.10 | Post | 8/1/20 | 11/1/19 | $500.10 | $0.00 | | | $506.77 | | | | $0.00 | $0.00 | | |
| 9/15/2020 | $190.00 | Pre | | | | $190.00 | | | $506.77 | | | $190.00 | $190.00 | $190.00 | | |
| 9/16/2020 | | Post | 9/1/20 | 12/1/19 | $500.10 | -$500.10 | | $500.10 | $6.67 | | | | $190.00 | $190.00 | | |
| 11/19/2020 | $500.10 | Post | 10/1/20 | 1/1/20 | $500.10 | $0.00 | | | $6.67 | | | | $190.00 | $190.00 | | |
| 12/18/2020 | $500.10 | Post | 11/1/20 | 2/1/20 | $500.10 | $0.00 | | | $6.67 | | | | $190.00 | $190.00 | | |
| 1/21/2021 | $500.10 | Post | 12/1/20 | 3/1/20 | $500.10 | $0.00 | | | $6.67 | | | | $190.00 | $190.00 | | |
| 1/21/2021 | $500.10 | Post | 1/1/21 | 4/1/20 | $500.10 | $0.00 | | | $6.67 | | | | $190.00 | $190.00 | | |
| 1/21/2021 | $40.00 | Pre | | | | $40.00 | | | $6.67 | | $40.00 | | $230.00 | $230.00 | | |
| 2/18/2021 | $500.10 | Post | 2/1/21 | 5/1/20 | $500.10 | $0.00 | | | $6.67 | | | | $230.00 | $230.00 | | |
| 2/18/2021 | $10.00 | Pre | | | | $10.00 | | | $6.67 | | $10.00 | | $240.00 | $240.00 | | |
| 5/18/2021 | $1,500.30 | post | 3/1/21 | 6/1/20 | $500.10 | $1,000.20 | $1,000.20 | | $1,006.87 | | | | $240.00 | $240.00 | | |
| 5/18/2021 | $30.00 | pre | tr pmt | | | $30.00 | | | $1,006.87 | | $30.00 | | $270.00 | $270.00 | | |
| 5/19/2021 | | post | 4/1/21 | 7/1/20 | $500.10 | -$500.10 | | $500.10 | $506.77 | | | | $270.00 | $270.00 | | |
| 5/19/2021 | | post | 5/1/21 | 8/1/20 | $500.10 | -$500.10 | | $500.10 | $6.67 | | | | $270.00 | $270.00 | | |
| 6/21/2021 | $10.00 | pre | tr pmt | | | $10.00 | | | $6.67 | | $10.00 | | $280.00 | $280.00 | | |
| 6/21/2021 | $500.10 | post | 6/1/21 | 9/1/20 | $500.10 | $0.00 | | | $6.67 | | | | $280.00 | $280.00 | | |
| 6/21/2021 | | pre | pre applied | 12/1/20 | | $0.00 | | | $6.67 | 5/1/2018 | | $176.25 | $103.75 | $280.00 | | |
| 7/14/2021 | $3,471.87 | pre | tr pmt | | | $3,471.87 | | | $6.67 | | $3,471.87 | | $3,575.62 | $3,751.87 | | |
| 7/14/2021 | $500.10 | post | 7/1/21 | 11/1/20 | $500.10 | $0.00 | | | $6.67 | | | | $3,575.62 | $3,751.87 | | |
| 7/15/2021 | | pre | pre applied | 12/1/20 | | $0.00 | | | $6.67 | 6/1/2018 | | $176.25 | $3,399.37 | $3,751.87 | | |
| 7/15/2021 | | pre | pre applied | 1/1/21 | | $0.00 | | | $6.67 | 7/1/2018 | | $176.25 | $3,223.12 | $3,751.87 | | |
| 7/15/2021 | | pre | pre applied | 2/1/21 | | $0.00 | | | $6.67 | 8/1/2018 | | $176.25 | $3,046.87 | $3,751.87 | | |
| 7/15/2021 | | pre | pre applied | 3/1/21 | | $0.00 | | | $6.67 | 9/1/2018 | | $176.25 | $2,870.62 | $3,751.87 | | |
| 7/15/2021 | | pre | pre applied | 4/1/21 | | $0.00 | | | $6.67 | 10/1/2018 | | $176.25 | $2,694.37 | $3,751.87 | | |
| 7/15/2021 | | pre | pre applied | 5/1/21 | | $0.00 | | | $6.67 | 11/1/2018 | | $176.25 | $2,518.12 | $3,751.87 | | |
| 7/15/2021 | | pre | pre applied | 6/1/21 | | $0.00 | | | $6.67 | 12/1/2018 | | $176.25 | $2,341.87 | $3,751.87 | | |
| 8/17/2021 | $205.82 | pre | tr pmt | | | $205.82 | | | $6.67 | | $205.82 | | $2,547.69 | $3,957.69 | | |
| 8/17/2021 | $500.10 | post | 8/1/21 | 7/1/21 | $500.10 | $0.00 | | | $6.67 | | | | $2,547.69 | $3,957.69 | | |
| 8/17/2021 | | pre | pre applied | 8/1/21 | | $0.00 | | | $6.67 | 1/1/2019 | | $176.25 | $2,371.44 | $3,957.69 | | |
| 9/15/2021 | $500.10 | post | 9/1/21 | 9/1/21 | $500.10 | $0.00 | | | $6.67 | | | | $2,371.44 | $3,957.69 | | |
| 9/15/2021 | $205.82 | pre | tr pmt | | | $205.82 | | | $6.67 | | | $205.82 | $2,577.26 | $4,163.51 | | |
| 10/19/2021 | $205.82 | pre | tr pmt | | | $205.82 | | | $6.67 | | | $205.82 | $2,783.08 | $4,369.33 | | |
| 10/19/2021 | $500.10 | post | 10/1/21 | 10/1/21 | $500.10 | $0.00 | | | $6.67 | | | | $2,783.08 | $4,369.33 | | |
| 11/16/2021 | $228.47 | pre | tr pmt | | | $228.47 | | | $6.67 | | | $228.47 | $3,011.55 | $4,597.80 | | |
| 11/16/2021 | $500.10 | post | 11/1/21 | 11/1/21 | $500.10 | $0.00 | | | $6.67 | | | | $3,011.55 | $4,597.80 | | |
| 12/15/2021 | $228.47 | pre | tr pmt | | | $228.47 | | | $6.67 | | | $228.47 | $3,240.02 | $4,826.27 | | |
| 12/15/2021 | $500.10 | post | 12/1/21 | 12/1/21 | $500.10 | $0.00 | | | $6.67 | | | | $3,240.02 | $4,826.27 | | |
| 3/3/2022 | $500.10 | post | 1/1/22 | 1/1/22 | $500.10 | $0.00 | | | $6.67 | | | | $3,240.02 | $4,826.27 | | |
| 3/3/2022 | $228.47 | pre | tr pmt | | | $228.47 | | | $6.67 | | | $228.47 | $3,468.49 | $5,054.74 | | |
| 3/21/2022 | $456.94 | pre | tr pmt | | | $456.94 | | | $6.67 | | $456.94 | | $3,925.43 | $5,511.68 | | |
| 3/21/2022 | $1,000.20 | post | 2/1/22 | 2/1/22 | $500.10 | $500.10 | $500.10 | | $506.77 | | | | $3,925.43 | $5,511.68 | | |
| 3/21/2022 | | post | 3/1/22 | 3/1/22 | $500.10 | -$500.10 | | $500.10 | $6.67 | | | | $3,925.43 | $5,511.68 | | |
| 4/22/2022 | $500.10 | post | 4/1/22 | 4/1/22 | $500.10 | $0.00 | | | $6.67 | | | | $3,925.43 | $5,511.68 | | |
| 4/22/2022 | $228.47 | pre | tr pmt | | | $228.47 | | | $6.67 | | | $228.47 | $4,153.90 | $5,740.15 | | |
| 5/20/2022 | $500.10 | post | | | | $500.10 | $500.10 | | $506.77 | | | | $4,153.90 | $5,740.15 | | |
| 5/20/2022 | $228.47 | pre | tr pmt | | | $228.47 | | | $506.77 | | | $228.47 | $4,382.37 | $5,968.62 | | |
| 6/15/2022 | $519.67 | post | 5/1/22 | 5/1/22 | $519.67 | | | | $506.77 | | | | $4,382.37 | $5,968.62 | | |
| 6/15/2022 | $14.96 | pre | tr pmt | | | $14.96 | | | $506.77 | | $14.96 | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| DUE | | post | 6/1/22 | | $519.67 | -$519.67 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| DUE | | post | 7/1/22 | | $519.67 | -$519.67 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |
| | | | | | | $0.00 | | | $506.77 | | | | $4,397.33 | $5,983.58 | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 19-10153-aih |
| Deborah S. Hines | Chapter 13 |
| Debtor. | Judge Arthur I. Harris |

## CERTIFICATE OF SERVICE

I certify that on July 6, 2022, a true and correct copy of this Response to Notice of Final Cure Payment was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

> Melissa L. Resar, Debtor's Counsel
> mresar@ohiolegalclinic.com

> Alexander V. Sarady, Debtor's Counsel
> asarady@ohiolegalclinic.com

> Lauren A. Helbling, Chapter 13 Trustee
> ch13trustee@ch13cleve.com

> Office of the U.S. Trustee
> (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

> Deborah S. Hines, Debtor
> 219 E. 206th Street
> Euclid, OH 44123

Respectfully Submitted,

/s/ Molly Slutsky Simons

Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor